IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH SANDERS, et al.        :

     v.                          :   Civil Action No. DKC 17-1721

DESIREE CALLENDER, et al.      :

**ORDER**

Plaintiffs filed a complaint on April 24, 2017, alleging state tort claims and a violation of 42 U.S.C. § 1983 against a variety of entities involved in the eviction of Plaintiffs from their home. (ECF No. 2). The case was removed to this court on June 22, 2017. (ECF No. 1). After a series of dismissals (ECF Nos. 59 & 78), only two claims against Defendant Marlboro Towing remain—(1) trespass to chattel and (2) conversion. (ECF Nos. 58, at 35; 78, at 12).

The court issued a letter/order on August 2, 2019, directing the parties to discuss potential trial dates with each other and inform the court of their availability. (ECF No. 87). When Plaintiffs failed to respond, the court issued an order directing them to show cause by November 14, 2019, why the remaining claims in their complaint should not be dismissed for their failure to participate further in this case. (ECF No. 88). To date, no response has been received from either Plaintiff.

Plaintiffs' failure to respond to orders of the court constitutes an abandonment of their claims.  This case will be dismissed for Plaintiffs' failure to prosecute.

Accordingly, it is this 26th day of November, 2019, by the United States District Court for the District of Maryland hereby ORDERED that:

1. All remaining claims in this case BE, and the same hereby ARE DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and,

2. The Clerk IS DIRECTED to mail a copy of this Order to Plaintiffs, to transmit same to counsel for Defendants, and CLOSE this case.

```
                               /s/
            DEBORAH K. CHASANOW
            United States District Judge
```